O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>             Plaintiff,<br><br>   vs.<br><br>LOS ANGELES COUNTY SHERIFF, et al.,<br><br>            Defendants. | Case No. CV 11-2948-JGB (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.[1] No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that (1) the Motion for Summary Judgment is granted with respect to plaintiff's Fifth Amendment claim and his claim based on alleged violations of the Rehabilitation Act; and (2) the Motion for

---

[1] The Court notes that although the Report and Recommendation was directed to District Judge Percy Anderson, this action was transferred to this Court on January 7, 2013.

Summary Judgment is denied with respect to plaintiff's claim for interference with his medical care.

DATED: May 29, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2